IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIPS HEALTHCARE, *a division of Philips North America, LLC* | : : : CIVIL ACTION |
| v. | : : NO. 19-2143 |
| GATEWAY RADIOLOGY CONSULTANTS, P.A., PM RADIOLOGY, LLC, GAGANDEEP S. MANGAT, M.D., and VIMAL H. PATEL, M.D. | : : : |

## **ORDER**

**AND NOW**, this \_\_\_14th\_\_\_ day of January 2020, upon consideration of *pro se* Defendant Gagandeep S. Mangat, M.D.'s Motion to Dismiss Complaint (ECF No. 10), *pro se* Defendant Vimal H. Patel, M.D.'s Motion to Dismiss Complaint (ECF No. 12), and Plaintiff's response to both Motions (ECF No. 15), it is **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED.**

                                                               **BY THE COURT:**

                                                          **R. BARCLAY SURRICK, J.**